IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

HARRY SCHECK and TERRY SCHECK,

    Plaintiffs,

v.

ERB OPCO SAV, LLC, dba ST. ANDREWS VILLAGE, and BROOKDALE SENIOR LIVING INC.

    Defendants.

## NOTICE OF REMOVAL

Defendant ERB Opco SAV, LLC (the "LLC"), through its counsel, S. Jane Mitchell, of Hall & Evans, L.L.C., hereby gives Notice of Removal pursuant to 28 U.S.C. §1332 *et. seq.*, 28 U.S.C. §1441 *et. seq.*, and 28 U.S.C. §1446 *et. seq.* and states as follows:

1. This matter is currently pending in the District Court for Arapahoe County, Colorado, under case number 14CV32383. [*See* Plaintiffs' Complaint, attached as **Exhibit A** and Arapahoe County District Court file documents, attached as **Exhibits B** through **K**]

2. According to the allegations in the Complaint, Plaintiffs allege that the LLC, a health care institution pursuant to C.R.S. 13-64-202(3), provided negligent care and treatment to decedent Leah Scheck that resulted in her death. Plaintiffs assert a negligence claim; a claim for extreme and outrageous conduct (in violation of C.R.S. 13-64-302.5(3)); and a claim for violation of the Colorado Consumer Protection Act. [*See generally*, Exhibit A.]

3. According to the Complaint, as a result of the LLC's negligence, Plaintiffs sustained severe injuries, including pain, suffering and emotional distress, as well as medical, therapeutic, hospital and physician expenses. [*See* Exhibit A, ¶¶38, 39] They seek compensatory damages for non-economic and economic damages, treble damages, damages for extreme and outrageous conduct, attorneys' fees, costs and interest. [*See* Exhibit A, ¶¶38, 39, 43, 44, p.10] According to C.R.S. 13-64-302, Plaintiffs may be awarded $300,000.00 for non-economic damages and that does not include economic damages. Plaintiff claims treble damages and, therefore, is seeking an amount in excess of $900,000. Accordingly, the amount in controversy is in excess of the jurisdictional limit.

4. Plaintiffs' Complaint was served on Defendant LLC on September 19, 2014. [*See* **Exhibit F**]

5. According to the allegations of the Complaint, Plaintiffs are residents of Colorado. [*See* Complaint, **Exhibit A**, ¶¶ 5,6]

6. Defendant LLC is a Delaware limited liability company with its principal place of business in Brentwood, Tennessee. [*See* Complaint, Exhibit A, ¶ 7 and Exhibit L] None of the members of the LLC are residents of Colorado. [*See* **Exhibit M**][1]

7. As a Defendant to the Complaint, Plaintiffs included Brookdale Senior Living, Inc., a Delaware corporation. [*See* Complaint, Exhibit A, ¶¶ 8] On October 15, 2014, Defendant Brookdale was dismissed. [*See* **Exhibit I**]

---

[1] The executed Affidavit of Brian E. Dowd will be filed upon receipt. Mr. Dowd has approved all statements in the Affidavit.

8. The ground for removal of this matter is diversity of citizenship between the parties, pursuant to 28 U.S.C. § 1332.

9. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the District Court for Arapahoe County and Plaintiffs are being served with a copy of this Notice of Removal. [*See* Notice of Filing of Notice of Removal, attached as **Exhibit N**]

WHEREFORE, ERB Opco SAV, LLC requests: the removal of this case from the District Court for Arapahoe County; that this Court take jurisdiction of and enter such further orders as may be necessary and proper for the continuation of this action; and that the Defendant be afforded such further relief as this Court deems just and appropriate.

Dated this 17th day of October, 2014.

HALL & EVANS, LLC

By: /s/ S. Jane Mitchell       *Jane Mitchell*

In accordance with C.R.C.P. 121 §1-26(7) a printed copy of this document with original signatures is being maintained by the filing party and will be made available for inspection by other parties or the court upon request.

## CERTIFICATE OF DELIVERY

I hereby certify that a true and correct copy of the foregoing **NOTICE OF REMOVAL** was electronically filed and served via E-Filing with Integrated Colorado Courts E-Filing System on October 17, 2014, to:

Theodore E Laszlo, Jr.
Michael J. Laszlo
Laszlo & Associates, LLC
tlaszlo@laszlolaw.com
mlaszlo@laszlolaw.com

William R. Meyer
The Meyer Law Firm, P.C.
william@meyerelderlaw.com

/s/ Tammi Huff

4