## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-02849-RPM

HARRY SCHECK and
TERRY SCHECK,

Plaintiffs,

v.

ERB OPCO SAV, LLC, dba ST. ANDREWS VILLAGE and
ESLP MANAGEMENT, LLC,

Defendants.

---

### ORDER FOR DISMISSAL WITH PREJUDICE

---

THIS MATTER comes before the Court on the Parties' Stipulation for Dismissal with Prejudice. The Court, having reviewed the Stipulation and being fully advised,

DOES HEREBY ORDER that Plaintiffs' claims against Defendants, Erb Opco Sav, LLC and ESLP Management, LLC, are dismissed with prejudice, with each party to bear their own attorney's fees and costs.

ORDERED this 16th day of September, 2015.

By the Court:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge